

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-19-00129-CV

———————————————————

IN THE INTEREST OF C.M. AND A.M., CHILDREN

---

On Appeal from the 324th District Court
Tarrant County, Texas
Trial Court No. 324-352851-03

---

Before Sudderth, C.J.; Gabriel and Womack, JJ.
Memorandum Opinion by Justice Womack

## MEMORANDUM OPINION

In this case, appellate cause number 02-19-00129-CV, appellant has filed a motion titled "RE: In re Antonio Martinez : Court of Appeals Number 02-19-00131-CV : Trial Court Case Number 324-352851-03." In his motion, appellant states that while he is still pursuing appellate cause number 02-19-00131-CV (an original proceeding related to this case), he is requesting to withdraw his notice of appeal in appellate cause number 02-19-00129-CV. Having considered appellant's motion, we grant the motion and dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

/s/ Dana Womack

Dana Womack
Justice

Delivered: May 16, 2019